CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/15/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

QUEEN OF VIRGINIA SKILL &
ENTERTAINMENT, LLC,
POM OF VIRGINIA, LLC, AND
MIELE MANUFACTURING, INC.

    Plaintiffs,

v.                           Civil Action No. _3:19-cv-00065_____

JOSEPH D. PLATANIA, IN HIS OFFICIAL
CAPACITY AS COMMONWEALTH'S
ATTORNEY FOR THE CITY OF
CHARLOTTESVILLE,

    Defendant.

## NOTICE OF REMOVAL

Defendant Joseph D. Platania, in his official capacity as Commonwealth's Attorney for the City of Charlottesville ("Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this action from the Circuit Court for the City of Charlottesville ("the Circuit Court") to the United States District Court for the Western District of Virginia, Charlottesville Division. In support of his Notice of Removal, Defendant states as follows:

### REQUIREMENTS OF 28 U.S.C. § 1446

1. Plaintiffs filed a Complaint (attached as Ex. A) in the Circuit Court. The undersigned was appointed by Order of the Circuit Court as counsel for Defendant (attached as Ex. B). Service was accomplished on Defendant via a Waiver of Service of Process executed on September 17, 2019 (attached as Ex. C). On October 8, 2019, Defendant filed a Demurrer (attached as Ex. D) and a Special Plea of Immunity (attached as Ex. E) in the Circuit Court.

1

2.      Pursuant to 28 U.S.C. § 1446, this Notice of Removal is being filed within thirty (30) days after Defendant's Waiver of Service of Process of the Complaint.

3.      Further, and as discussed above, a copy of Plaintiffs' Complaint, and all other pleadings filed by the parties and in possession of Defendant have been attached hereto.

4.      Defendant is providing written notice of this removal to Plaintiffs simultaneously herewith, and Defendants will file a copy of this Notice of Removal with the Clerk for the Circuit Court.

## JURISDICTION UNDER 28 U.S.C. § 1331

5.      Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a), because this Court has original jurisdiction over this civil action under 28 U.S.C. § 1331.

6.      Federal question jurisdiction exists pursuant to 28 U.S.C. § 1331, because Plaintiffs' Complaint asserts violations of the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

WHEREFORE, Defendant, by counsel, requests that this action be removed from the Circuit Court for the City of Charlottesville to this United States District Court.

**JOSEPH D. PLATANIA, IN HIS OFFICIAL CAPACITY AS COMMONWEALTH'S ATTORNEY FOR THE CITY OF CHARLOTTESVILLE**

By Counsel

/s/ _____
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255

804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com

# C E R T I F I C A T E

I hereby certify that a true copy of the foregoing was emailed and mailed this 14th day of October, 2019 to:

Anthony F. Troy, Esq. (VSB No. 05985)
Eckert Seamans Cherin & Mellott, LLC
SunTrust Center
919 East Main Street, Suite 1300
Richmond, VA 23219
804-788-7740 - Phone
804-788-7751 - DD
804-698-2950 - Fax
ttroy@eckertseamans.com

Jason C. Hicks, Esq. (VSB No. 46961)
Ian R. Dickinson, Esq. (VSB No. 92736)
Womble Bond Dickinson US, LLP
201 E. Main Street
Suite P
Charlottesville, VA 22902
202-857-4536 - Phone
202-261-0013 - Fax
Jason.Hicks@wbd-us.com
Ian.Dickinson@wbd-us.com

/s/_____
David P. Corrigan

3