**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE**

**In re: Application to the Circuit Court to Assign Counsel for the Commonwealth's Attorney for the City of Charlottesville**

COMES NOW, Joseph D. Platania, in his capacity as Commonwealth's Attorney for the City of Charlottesville, who has been made a defendant in a civil action filed in the Charlottesville Circuit Court, *Queen of Virginia Skill & Entertainment, POM of Virginia, and Miele Manufacturing, Inc, v. Joseph D. Platania, in his official capacity as Commonwealth's Attorney for the City of Charlottesville*, Case No. CL19000324-00, wherein the allegations are arising out of the performance of his official duties and there is no legal defense provided under the insurance coverage of the Office of the Commonwealth's Attorney. Pursuant to Virginia Code §15.2-1606, and for good cause, Joseph D. Platania, Commonwealth's Attorney, makes application to this Circuit Court to assign counsel for his defense in this action.

This Court, finding good cause, ORDERS David Corrigan, Esquire and the law firm of Harman, Claytor, Corrigan & Wellman, P.C., to represent Joseph D. Platania, in the abovementioned civil action, and requests counsel provide an itemized expense for compensation.

DATE: 7 / 16 / 19

_____
The Honorable Humes J Franklin
Judge

EXHIBIT B

I ask for this:

_____
Joseph Platania
Commonwealth's Attorney
City of Charlottesville