**ACCEPTANCE/WAIVER OF SERVICE OF PROCESS AND WAIVER OF FUTURE SERVICE OF PROCESS AND NOTICE**

Case No. 540CL19000324-00

COMMONWEALTH OF VIRGINIA    VA. CODE §§ 8.01-327; 20-99.1:1; Rules 3:5, 3:8

Charlottesville .......................................................... Circuit Court

Queen of Virginia Skill & Entertainment, LLC, et al.    v.    Joseph D. Platania, in his official capacity
PLAINTIFF                                                        DEFENDANT

I, the undersigned party named below, swear under oath/affirm the following:

1. I am a party [ ] plaintiff [X] defendant in the above-styled suit.

2. I have received a copy of the following documents on this date:

   [ ] Complaint
       [ ] filed on ........................................................................................, attached
                                      DATE
       [ ] pre-filing copy pursuant to Va. Code § 20-99.1:1(A), attached

   [X] Summons with copy of Complaint filed on    June 28, 2019   , attached
                                                          DATE

   [ ] Other – Describe: ............................................................................. filed on ................................
                                                                                                   DATE

   I understand that my receipt of these copies and my signature below constitute
       [ ] the acceptance of service of process of these copies, or
       [X] a waiver of service of process and notice which may be prescribed by law.

3. I agree to voluntarily and freely waive any future service of process and notice as checked below in this case:

   [X] a. the 21-day time period for filing a responsive pleading.
   [ ] b. any further service of process.
   [ ] c. notice of the appointment of a commissioner in chancery and hearings held by such commissioner in chancery, if a commissioner in chancery is appointed.
   [ ] d. notice of the taking of depositions.
   [ ] e. notice of the filing of any reports by a commissioner in chancery of the filing of depositions.
   [ ] f. notice of testimony to be given orally in open court.
   [ ] g. notice of entry of any order, judgment or decree, including the final decree of divorce.

   I understand that, by waiving service of process and notice, I am giving up my right to be notified of the events where indicated above.

   **EXHIBIT C**

   9/17/2019                                    _David____, counsel for defendant
   DATE                                         [•] DEFENDANT    [ ] PLAINTIFF

**TO DEFENDANT:** Notify the Court in writing of any changes of your address while this case is pending.

State/Commonwealth of    Virginia    , [ ] City [X] County of    Henrico   
Subscribed and sworn to/affirmed before me this   17th   day of   September   , 20 19
by   David P. Corrigan, Esq. (counsel for defendant)  
PRINT NAME OF AFFIANT

9/17/19
DATE

[ ] CLERK  [ ] DEPUTY CLERK   Amber H. Goff
[X] NOTARY PUBLIC (My commission expires  May 31, 2020 
Registration No.  333666 

FORM CC-1406 MASTER 07/19