CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 17 2019

JULIA C. DUDLEY, CLERK
BY: /s/ O. Slagle
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| Queen of Virginia Skill & Entertainment, LLC et als, | ) ) ) | |
| Plaintiff(s), | ) ) | Case No. 3:19-cv-00065 State Court No. CL 19000324-00 |
| v. | ) ) | **O R D E R** |
| Joseph D. Platania, | ) ) | |
| Defendant(s). | ) | |

This case was recently removed from the Circuit Court for the city of Charlottesville to the United States District Court for the Western District of Virginia at Charlottesville Division. This court, finding it necessary and proper to do so, hereby REQUESTS that the original case file in your Court be forwarded to the Clerk of this court at 255 West Main Street, Room 304, Charlottesville, VA 22902, or submitted through this court's Case Management and Electronic Case Filing system (CM/ECF).

The Clerk is directed to send a copy of this Order to the Clerk of the Circuit Court for Charlottesville City, 315 East High Street, Suite B, Charlottesville, VA 22902.

ENTERED:  October 15, 2019

_____
Senior United States District Judge