UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

# NOTICE TO PARTIES OF RIGHT TO CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

**QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, ET AL,**
    Plaintiff(s)

DATE: October 18, 2019

vs.

CIVIL ACTION NO. 3:19CV00065

**JOSEPH D. PLATANIA,**
    Defendant(s)

    In accordance with the provisions of Title 28, U.S.C. Sec. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States Magistrate Judge of this district court is available to exercise the court's jurisdiction and to conduct any or all proceedings in this case including a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

    You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

    An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Fourth Circuit in the same manner as an appeal from any other judgment of a district court.

                                          JULIA C. DUDLEY, CLERK

                                        By:   s/H. McDonald
                                                    Deputy Clerk

**If you desire to consent to this action please indicate by signing below and returning the form to the Clerk's Office within 15 days from the date of this Notice.**

**Signature**                      **Printed Name**                     **Date**

_____     _____

**Counsel for:**

_____

**DO NOT RETURN THIS FORM ELECTRONICALLY. IF RETURNED, PAPER DOCUMENT MUST BE FILED.**