IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

QUEEN OF VIRGINIA SKILL &
ENTERTAINMENT, LLC,
POM OF VIRGINIA, LLC, AND
MIELE MANUFACTURING, INC.

    Plaintiffs,

v.                                                                Civil Action No. 3:19-cv-00065

JOSEPH D. PLATANIA, IN HIS OFFICIAL
CAPACITY AS COMMONWEALTH'S
ATTORNEY FOR THE CITY OF
CHARLOTTESVILLE,

    Defendant.

**UNOPPOSED MOTION TO ESTABLISH BRIEFING SCHEDULE**

Defendant Joseph D. Platania ("Platania"), in his official capacity as Commonwealth's Attorney for the City of Charlottesville, by counsel, moves to establish a briefing schedule for the Demurrer and Special Plea of Immunity previously filed by Platania in the Circuit Court for the City of Charlottesville. Platania states as follows in support of their motion:

1.    Plaintiffs' Complaint was originally filed in the Circuit Court for the City of Charlottesville.

2.    Platania timely filed a Demurrer and Special Plea of Immunity. A Notice of Removal was also timely filed with this Court.

3.    Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, the Demurrer and Special Plea of Immunity filed in state court are the federal equivalent to a Motion to Dismiss for Failure to State a Claim under Rules 12(b)(1) and (6), and re-pleading is not necessary. Fed. R. Civ. P. 81(c)(2); see also Nelson v. Shockley, No. 2:18CV00025, 2019 WL

1

2375144, at *1 (W.D. Va. June 5, 2019) ("Accordingly, after removal, the demurrer filed in state court will be treated as the federal equivalent — a motion to dismiss for failure to state a claim."); McCray v. Ardelle Assoc. Inc., No. 4:14 cv 158, 2015 WL 3886318, at *3 (E.D. Va. June 23, 2015).

4.     Platania, however, wishes to fully brief the issues raised in the Demurrer and Special Plea of Immunity before this Court takes those matters under advisement.  Those issues will now be briefed under the standards that apply to motions filed under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure.

5.     To that end, Platania proposes the following briefing schedule:

(a)     Defendant shall file Brief(s) in Support of the Demurrer and Special Plea of Immunity on or before November 13, 2019;

(b)     Plaintiffs shall file Brief(s) in Opposition to the Demurrer and Special Plea of Immunity, or an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, on or before December 4, 2019;

(c)     Defendant shall file Reply Brief(s) in Support of the Demurrer and Special Plea of Immunity on or before December 10, 2019.

6.     A proposed Order is attached hereto as Exhibit 1.

7.     Although Plaintiffs believe the better practice would be for Defendant to re-plead his motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs do not object to the briefing schedule outlined in the above paragraphs.

WHEREFORE, for the foregoing reasons, Defendant Joseph D. Platania, in his official capacity as Commonwealth's Attorney for the City of Charlottesville, request this Unopposed

Motion to Establish Briefing Schedule be granted and that the briefing schedule set forth herein be adopted and ordered by the Court.

Respectfully submitted this 30th day of October 2019.

**JOSEPH D. PLATANIA, IN HIS OFFICIAL CAPACITY AS COMMONWEALTH'S ATTORNEY FOR THE CITY OF CHARLOTTESVILLE**

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Attorneys for Defendant
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com

## C E R T I F I C A T E

I hereby certify that on the 1st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/
David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Attorney for Defendant
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com