IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

QUEEN OF VIRGINIA SKILL &
ENTERTAINMENT, LLC,
POM OF VIRGINIA, LLC, AND
MIELE MANUFACTURING, INC.

    Plaintiffs,

v.                                                                        Civil Action No. 3:19-cv-00065

JOSEPH D. PLATANIA, IN HIS OFFICIAL
CAPACITY AS COMMONWEALTH'S
ATTORNEY FOR THE CITY OF
CHARLOTTESVILLE,

    Defendant.

## ORDER

Defendant Joseph D. Platania ("Platania"), in his official capacity as Commonwealth's Attorney for the City of Charlottesville, by counsel, filed an Unopposed Motion to Establish Briefing Schedule.  Having considered the Motion, and it appearing that good cause exists to do so,

It is hereby ORDERED that the Unopposed Motion to Establish Briefing Schedule is GRANTED.

It is FURTHER ORDERED that the following schedule shall apply to the briefing of the issues raised in Defendant's Demurrer and Special Plea of Immunity which were previously filed in the Circuit Court for the City of Charlottesville and will now be briefed under the standards that apply to motions filed under Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure:

(a)    Defendant shall file Brief(s) in Support of the Demurrer and Special Plea of immunity on or before November 13, 2019;

1

(b)     Plaintiffs shall file Brief(s) in Opposition to the Demurrer and Special Plea of

Immunity, or an amended complaint pursuant to Rule 15(a)(1)(B) of the Federal

Rules of Civil Procedure, on or before December 4, 2019;

(c)     Defendant shall file Reply Brief(s) in Support of the Demurrer and Special Plea of

Immunity on or before December 10, 2019.

**IT IS SO ORDERED.**

ENTER:          /       /


BY:     _____
        United States District Judge