**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

QUEEN OF VIRGINIA SKILL    )
ENTERTAINMENT, LLC,      )
POM OF VIRGINIA, LLC, and    )
MIELE MANUFACTURING, INC.,   )
              )
  Plaintiffs,        )
              )
v.            )  Civil Action No. 3:19-cv-00065
              )
JOSEPH D. PLATANIA, in his official  )
capacity as Commonwealth's attorney  )
for the City of Charlottesville,    )
              )
  Defendant.       )

**ORDER**

   Having considered Plaintiffs' Motion to Remand, it is hereby ordered that Plaintiffs'

Motion is granted and this matter shall be remanded to the Circuit Court for the City of

Charlottesville.

     IT IS SO ORDERED, this ___ day of _____, 2019.


       BY THE COURT:


       _____
       UNITED STATES DISTRICT JUDGE