# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

Queen of Virginia Skill & Entertainment, LLC et al.
_____
Plaintiff(s)

V.                                                Civil Action No.:  19-cv-00065
                                                  _____

Joseph D. Platania
_____
Defendant(s)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANICAL INTEREST IN LITIGATION

ONLY ONE FORM NEEDS TO BE COMPLETED FOR A PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY.  DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUALS AS WELL AS CORPORATIONS AND OTHER LEGAL-ENTITIES.  COUNSEL HAS A CONTINUING DUTY TO UPDATE THIS INFORMATION.

IF YOU ANSWER "YES" TO <u>ANY</u> OF THE FOLLOWING QUESTIONS, THIS STATEMENT MUST BE FILED IN ECF AS A POSITIVE CORPORATE DISCLOSURE STATEMENT.

Pursuant to Standing Order entered May 15, 2000.

POM of Virginia, LLC                                    who is     Plaintiff
_____                                   _____
(Name of party you represent)                                     (Plaintiff/Defendant)

makes the following disclosure:

1.  Is the party a publicly held corporation or other publicly held entity?
    ☐ Yes          ☒ No

2.  Does the party have any parent corporations?
    ☐ Yes          ☒ No

    If yes, identify all parent corporations, including grandparent and great grandparent corporations:

3.  Is 10 percent or more of the party's stock owned by a publicly held corporation or other publicly held entity?
    ☐ Yes          ☒ No

    If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
    ☐ Yes          ☒ No
    If yes, identify all such owners:

5.  Is the party a trade association?
    ☐ Yes          ☒ No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own ten (10%) percent or more of the party's stock:

/s/ Jason C. Hicks                                      December 4, 2019
_____                        _____
(Signature)                                            (Date)