**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | | |
|---|---|---|
| QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, POM OF VIRGINIA, LLC, and MIELE MANUFACTURING, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-00065 |
| JOSEPH D. PLATANIA, in his official capacity as Commonwealth's attorney for the City of Charlottesville, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs Queen of Virginia Skill & Entertainment, LLC ("Queen of Virginia"), POM of Virginia, LLC ("POM VA"), and Miele Manufacturing, Inc. ("Miele Manufacturing") (collectively, "Plaintiffs"), through the undersigned counsel, move pursuant to Local Rule 11(c)(2) for an extension of time in which to respond to Defendant Joseph D. Platania's ("Defendant") Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 15). In support of their Motion, Plaintiffs state as follows:

1.      On December 18, 2019, Defendant filed a Motion to Dismiss Plaintiffs' First Amended Complaint and supporting brief pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. (ECF No. 15).

2.      Under Local Rule 11(c)(1), Plaintiffs' Response to Defendant's Motion is due on January 2, 2020.

1

3.      In light of the holiday period, Plaintiffs have requested, and Defendant has agreed to, a two-week extension for Plaintiffs to respond to Defendant's Motion to Dismiss.

4.      The Parties have additionally agreed that Defendant shall have an additional two weeks in which to file a reply to Plaintiffs' response to Defendant's Motion.

5.      Plaintiffs therefore request that this Court grant the following scheduling order with respect to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint:

     a.  Plaintiffs' Response:     Due on or before January 16, 2020

     b.  Defendant's Reply:     Due on or before February 6, 2020

6.      Plaintiffs have also filed a Motion to Remand this action to the Circuit Court for the City of Charlottesville (ECF No. 10), which, if granted, would obviate the need for further briefing of Defendant's Motion to Dismiss in this Court.  Defendant has not filed a brief in response to the Motion to Remand and does not intend to do so.

7.      Plaintiffs make this Motion in good faith and not for the purpose of delay.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order extending by two weeks the time within which Plaintiffs must respond to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint and establishing the following briefing schedule for Defendant's Motion:

     a.  Plaintiffs' Response:     Due on or before January 16, 2020

     b.  Defendant's Reply:     Due on or before February 6, 2020

Dated:      December 23, 2019       Respectfully submitted,

                    */s/ Jason C. Hicks, Esq.*
                    Jason C. Hicks, VSB # 46961
                    Ian R. Dickinson, VSB # 92736

2

WOMBLE BOND DICKINSON US, LLP
201 E. Main Street, Suite P
Charlottesville, VA 22902
Tel: 202-857-4536
Fax: 202-261-0013
Jason.Hicks@wbd-us.com

Anthony F. Troy, VSB # 05985
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219
Tel: 804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of December, 2019, a true and exact copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

David P. Corrigan (VSB No. 26341)
Jeremy D. Capps (VSB No. 43909)
M. Scott Fisher, Jr. (VSB No. 78485)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
jcapps@hccw.com
sfisher@hccw.com
*Attorneys for Defendant*

*/s/ Jason C. Hicks, Esq.*
Jason C. Hicks, Esq.

4