**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | | |
|---|---|---|
| QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, POM OF VIRGINIA, LLC, and MIELE MANUFACTURING, INC., | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:19-cv-00065 |
| | ) | |
| JOSEPH D. PLATANIA, in his official capacity as Commonwealth's attorney for the City of Charlottesville, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, it is HEREBY ORDERED that the Unopposed Motion is GRANTED. Plaintiffs shall respond to the Motion (ECF No. 15) on or before Thursday, January 16, 2020. Defendant may thereafter file a reply to Plaintiffs' response on or before Thursday, February 6, 2020.

This the ___ day of _____, 2019.


_____
United States District Judge