CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
12/26/2019
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, POM OF VIRGINIA, LLC, and MIELE MANUFACTURING, INC., <br><br>　　　Plaintiffs, <br><br>v. <br><br>JOSEPH D. PLATANIA, in his official capacity as Commonwealth's attorney for the City of Charlottesville, <br><br>　　　Defendant. | Civil Action No. 3:19-cv-00065 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint, it is HEREBY ORDERED that the Unopposed Motion is GRANTED. Plaintiffs shall respond to the Motion (ECF No. 15) on or before Thursday, January 16, 2020. Defendant may thereafter file a reply to Plaintiffs' response on or before Thursday, February 6, 2020.

　　　This the __26th__ day of __December__, 2019.


　　　　　　　　　　　　　　　　　　_s/ Glen E. Conrad_
　　　　　　　　　　　　　　　　　　Senior United States District Judge