IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| QUEEN OF VIRGINIA SKILL & ENTERTAINMENT, LLC, POM OF VIRGINIA, LLC, and MIELE MANUFACTURING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH D. PLATANIA, in his official capacity as Commonwealth's attorney for the City of Charlottesville, <br><br> Defendant. | Civil Action No. 3:19-cv-00065 |

## PLAINTIFFS' NOTICE REGARDING SUBMISSION OF MOTION TO REMAND WITHOUT A HEARING

Plaintiffs Queen of Virginia Skill & Entertainment, LLC, POM of Virginia, LLC, and Miele Manufacturing, Inc. (collectively, "Plaintiffs"), through the undersigned counsel, hereby advise the Court, in accordance with Local Rule 11(b), that all parties to the above-captioned matter agree to the submission of Plaintiffs' Motion to Remand (ECF No. 10) *without* a hearing.

Dated: January 3, 2020

Respectfully submitted,

*/s/ Jason C. Hicks, Esq.*
Jason C. Hicks, VSB # 46961
Ian R. Dickinson, VSB # 92736
WOMBLE BOND DICKINSON US, LLP
201 E. Main Street, Suite P
Charlottesville, VA 22902
Tel: 202-857-4536
Fax: 202-261-0013
Jason.Hicks@wbd-us.com

1

Anthony F. Troy, VSB # 05985
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, VA 23219
Tel: 804-788-7751
Fax: 804-698-2950
ttroy@eckertseamans.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3rd day of January, 2020, a true and exact copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>David P. Corrigan (VSB No. 26341)
>Jeremy D. Capps (VSB No. 43909)
>M. Scott Fisher, Jr. (VSB No. 78485)
>Harman, Claytor, Corrigan & Wellman
>P.O. Box 70280
>Richmond, Virginia 23255
>804-747-5200 - Phone
>804-747-6085 - Fax
>dcorrigan@hccw.com
>jcapps@hccw.com
>sfisher@hccw.com
>*Attorneys for Defendant*

>*/s/ Jason C. Hicks, Esq.*
>Jason C. Hicks, Esq.