**UNITED STATES DISTRICT COURT**
**Western District of Virginia**
**Office of the Clerk**
**255 W. Main Street, Room 304**
**Charlottesville, VA 22902**

February 19, 2020

Charlottesville Circuit Court
315 East High Street, Suite B
Charlottesville, Virginia 22902

Dear Clerk,

    Enclosed please find certified copies of the Order Remanding the below case to the Charlottesville Circuit Court. Also enclosed is the return of your case record.

| | |
|---|---|
| STYLE OF CASE: | **Queen of Virginia Skill & Entertainment, LLC, et als v. Joseph D. Platania** |
| USDC/WDVA CASE NUMBER: | **3:19CV00065** |
| YOUR CASE NUMBER(S): | **CL19000324-00** |

    Please acknowledge receipt of this record by signing and returning this form to the U.S. District Court Clerk's Office indicated above.

    Thank you for allowing our court to utilize this record. If there is any problem in the return of this record, please feel free to call me at 434-296-9284.

                                    Sincerely,

                                    JULIA C. DUDLEY, Clerk

                                    By: s/H. Wheeler
                                    Deputy Clerk

*******************************************************************************

RECEIVED BY: _____

DATE: _____