**UNITED STATES DISTRICT COURT**
Western District of Virginia
Office of the Clerk
255 W. Main Street, Room 304
Charlottesville, VA 22902

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 2 0 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

February 19, 2020

Charlottesville Circuit Court
315 East High Street, Suite B
Charlottesville, Virginia 22902

Dear Clerk,

Enclosed please find certified copies of the Order Remanding the below case to the Charlottesville Circuit Court. Also enclosed is the return of your case record.

STYLE OF CASE:    Queen of Virginia Skill & Entertainment, LLC, et als v. Joseph D. Platania

USDC/WDVA CASE NUMBER:    3:19CV00065

YOUR CASE NUMBER(S):    CL19000324-00

Please acknowledge receipt of this record by signing and returning this form to the U.S. District Court Clerk's Office indicated above.

Thank you for allowing our court to utilize this record. If there is any problem in the return of this record, please feel free to call me at 434-296-9284.

Sincerely,

JULIA C. DUDLEY, Clerk

By: s/H. Wheeler
Deputy Clerk

*************************************************************************

RECEIVED BY: _s/ Williams_

DATE: _2/20/2020_